1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    ERICK L. AMIE,                          No. C 07-2403 SI (pr)

9              Petitioner,                   **ORDER OF TRANSFER**

10         v.

11   RICHARD KIRKLAND, warden,

12             Respondent.
                                        /
13

14        Petitioner has filed a petition for writ of habeas corpus to challenge a prison disciplinary

15   decision that resulted in the loss of time credits.  Petitioner is currently incarcerated at Kern

16   Valley State Prison, although the prison disciplinary decision apparently occurred in 2002 while

17   he was at Salinas Valley State Prison.  Kern Valley State Prison is in Kern County and within

18   the venue of the Eastern District of California.  Venue is proper in a habeas action in either the

19   district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district

20   of confinement is the preferable forum to review the execution of a sentence, such as a loss of

21   time credits claim.  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.

22   1989).  Because petitioner is now confined in the Eastern District of California and challenging

23   the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and

24   in the interests of justice, this action is TRANSFERRED to the United States District Court for

25   the Eastern District of California.  The clerk shall transfer this matter forthwith.

26        IT IS SO ORDERED.

27   DATED: June 29, 2007                    _____
                                             SUSAN ILLSTON
28                                           United States District Judge

*United States District Court*
*For the Northern District of California*